IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| XTREME POWER INC., *et al.* | § | Case No. 14-10096 |
| | § | |
| Debtors. | § | Joint Administration Requested |

**INTERIM ORDER GRANTING AND CONDITIONING
DEBTORS' USE OF CASH COLLATERAL AND SETTING HEARING**

On January 22, 2014 the Debtors filed its chapter 11 cases along with a motion for use of cash collateral (the "Motion"). A hearing was held on this date to consider the Motion.

The Debtors have obtained the consent of Silicon Valley Bank for their use of the bank's cash collateral. Accordingly, the Court orders:

1. The Debtor is permitted to use cash collateral pursuant to the budget attached to the Motion for DIP financing.

2. A final hearing is set on the Motion for _____, 2014, at _____ in the courtroom of the undersigned judge, United States Bankruptcy Court, Western District of Texas,

Page 1

Austin Division, United States Courthouse, Austin, Texas.

***

---

**JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER, P.C.**
Shelby A. Jordan (Texas Bar No. 11016700)
Nathaniel Peter Holzer (Texas Bar No. 00793971)
Antonio Ortiz (Texas Bar No. 240748390)
500 North Shoreline Boulevard, Suite 900
Corpus Christi, Texas 78401
Telephone: 361.884.5678
Facsimile: 361.888.5555
**PROPOSED ATTORNEYS FOR DEBTORS-IN-POSSESSION**