





# Xtreme Power company Overview

January 2014

# Xtreme Power Overview

**Xtreme Power is a world leader in utility-scale energy storage solutions specializing in turnkey system integration and real-time software controls.**

- Experts in battery-based energy storage system integration
    - Work with leading battery and Power Conversion Systems manufacturers to ensure optimal technology in each system

- Proprietary XACT™ control system enables real-time manipulation of power

- Four product lines each designed for specific customer needs & applications

- Founded in 2006 with significant operational experience



# XP Delivers Solutions for the Electric Grid



## Power Management & Energy Storage Solutions Across the Energy Value Chain





**Renewable Generators**

**Reduces intermittency in renewable power sources & maximizes the value of generation assets**

**Grid Operators**

**Enhance flexibility and boost reliability with instantly available power when it's needed, where it's needed**

**Energy End Users**

**Maintain productivity & cut expensive energy costs for even the most intensive & remote operations**

# Xtreme Power Energy Storage System Design



## Customized solutions without the headache and cost of customized design



**Power Block**
- Power Electronics
- XACT™ *Distributed Controller*

**DC Block**
- Multiple outdoor rated enclosures
- Battery energy storage technology
- Fire Suppression
- BMS Communications
- DC protection relays

**Control Block**
- XACT™ *Master Controller*
- Fire Suppression
- Server Communications
- DC Block BMS
- Protection Relays
- HVAC

# Xtreme Active Control Technology (XACT)



*XACT enables Xtreme Power to remotely manage each power unit in real time*

*XACT Master Controller commands each Power Unit separately via communication with XACT Distributed Controllers*

*XACT Master Controller interfaces with grid and 3rd party SCADA in real time for instant response*

*XACT Distributed Controller seamlessly integrates BMS &PCS and monitors health of Power Unit*

- Industry leading response time of < 50 milliseconds
- Versatility enables seamless integration of multiple technologies
- Remote management and data collection ensures proper performance

# Engineering, Testing & Development Capabilities



## XP has 4 MW grid connected Test Facilities. No competitor does.



### Product Test Bays

- Capable of up to 20 MW full-function operation
- Integrated System Factory Acceptance Testing
- Full 4-quadrant PQ operation
- Tests Ramp Control, Frequency Regulation, Voltage Regulation, and other applications

### Battery Testing & Development Facility

- Tests 12 DCV modules to 1000 DCV strings
- 12 fully independent test channels with Wind, Solar, and Frequency Regulation profiles
- Evaluates battery capacity, characterization, voltammetry, temperature, and performance

# Remote Monitoring & Diagnostics Center

## The electric grid never sleeps. Neither does Xtreme Power.

- Monitors all installations in the field in real-time, 24x7
- Provides worry free system performance management
- Collects and stores data to create graphs of historical & live operational data
- Remote access via secure Virtual Private Network
- Option to access through Tablets and Smart Phones
- Automatic Safety Notification Alerts
- Phone Alerts




# Significant Operational Experience

**12 Systems**
In Operation, Several Repeat Customers

**7 Unique Applications**
Delivered Across
**9 Different Customers**










System Sizes Ranging from **500 kW** up to **36 MW**

# Proven Energy Storage System Experience

14-10096-hcm  Doc#15-1  Filed 01/23/14  Entered 01/23/14 10:20:29  Exhibit A Pg 9 of 10

**34 Million kWh charged/discharged & counting... XP Products are hard at work.**









| > 60 | > 474,000 | > 1,600 | > 34,000 |
|---|---|---|---|
| Megawatts Installed | Hours of Integrated Power Unit Operation | Gigabytes of Recorded Data Aids in Future Development | MWh Charged & Discharged |

**Leading the Market with Operational Experience**

