UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re XTREME POWER INC., | § | CASE NO. 14-10096 |
| XTREME POWER SYSTEMS, LLC, and | § | CASE NO. 14-10095 |
| XTREME POWER GROVE, LLC | § | CASE NO. 14-10097 |
| | § | CHAPTER 11 |
| | § | (Jointly Administered Under |
| Jointly Administered Debtors | § | CASE NO. 14-10096) |

NOTICE OF APPOINTMENT OFCOMMITTEE OF UNSECURED CREDITORS IN
XTREME POWER SYSTEMS, LLC, CASE NO. 14-10095

Pursuant to 11 U.S.C. §1102 (a) (1) and (b) (1), the following unsecured creditors, willing to serve, are hereby appointed to serve on the Committee of Unsecured Creditors in the case of XTREME POWER SYSTEMS, LLC, CASE NO. 14-10095:

**INTERIM CHAIR:**
Margaret M. McKay
Toshiba International Corporation
13131 West Little York Road
Houston, TX 77041
Margaret.mckay@tic.toshiba.com
phone: 713-466-0277 ext 3810
fax: 713-896-5251

**MEMBERS:**

Robert J. Bruckmann
Dynapower Company LLC
85 Meadowland Dr.
So. Burlington, VT 05401
bbruckmann@dynapower.com
phone: 802-652-1333
fax: 801 652-1377

Michelle Romonek
Control Panels USA, Inc.
16310 Bratton Ln
Bld 1, Ste. 100
Austin, TX 78728
mromonek@controlpanelsusa.net
phone: 512-863-3224
fax: 512-866-5446

        Respectfully submitted,
        JUDY A. ROBBINS
        UNITED STATES TRUSTEE
        By: */s/ Deborah A. Bynum*
            Deborah A. Bynum
            Trial Attorney
            SBT No. 03556250
            903 San Jacinto Blvd., Room 230
            Austin, Texas 78701
            Telephone: (512) 916-5328
            Fax: (512) 916-5331
            Deborah.A.Bynum@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that I forwarded a true and correct copy of the foregoing by prepaid first class mail and/or by electronic means for all Pacer system participants and to Debtors' Master Service List on this the 6th day of February, 2014.

                                              */s/ Deborah A. Bynum*
                                              Deborah A. Bynum

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 14-10096-hcm<br>Western District of Texas<br>Austin<br>Tue Feb  4 15:37:08 CST 2014 | US Trustee<br>903 San Jacinto, Suite 230<br>Austin, TX 78701-2450 | Xtreme Power Grove, LLC<br>1120 Goforth Road<br>Kyle, TX 78640-4796 |
| Xtreme Power Inc.<br>1120 Goforth Road<br>Kyle, TX 78640-4796 | Xtreme Power Systems, LLC<br>1120 Goforth Road<br>Kyle, TX 78640-4796 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| ATS International Services, Inc.<br>NW 7130<br>P.O. Box 1450<br>Minneapolis, MN 55485-7130 | Airgas<br>P.O. Box 676015<br>Dallas, TX 75267-6015 | Amabro Investments Ltd.<br>Geneva Place Waterfront Dr.<br>P.O. Box 3469 Roadtown<br>British Virgin Islands |
| Amabro Investments Ltd.<br>c/o James V. Hoeffner<br>Graves Dougherty Hearon & Moody, PC<br>401 Congress Ave. #2200<br>Austin, TX 78701-3790 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Amphenol Nelson Dunn Technologies, Inc.<br>11707 Valley View Ave.<br>Cerritos, CA 90703 |
| Arnel Investments III, LP<br>949 South Coast Drive, Suite 600<br>Costa Mesa, CA 92626-7734 | Austin Police Retirement System<br>2520 South IH 35<br>Suite 100<br>Austin, TX 78704-5747 | BP Alternative Energy International Ltd<br>1 St. James Square<br>London, UK, SW1Y, 4PD |
| BVP VII Special Opportunity Fund, LP<br>1865 Palmer Ave., Suite 104<br>Larchmont, NY 10538-3037 | Baker Botts, LLP<br>James R. Prince<br>2001 Ross Avenue<br>Dallas, TX 75201-2980 | Barak Klein<br>11 Hotel Drive<br>White Plains, NY 10605-3530 |
| Bender Electronics, Inc./Bender Inc.<br>P.O. Box 824805<br>Philadelphia, PA 19182-4805 | Bernice Sanitation, LLC<br>P.O. Box 3753<br>Afton, OK 74331-3753 | Bessemer Venture Partners VII, LP<br>1865 Palmer Avenue, Suite 104<br>Larchmont, NY 10538-3037 |
| Blue Cross Blue Shield of Texas<br>Healthcare Service Corp<br>P.O. Box 731428<br>Dallas, TX 75373-1428 | Bracewell & Giuliani<br>P.O. Box 848566<br>Dallas, TX 75284-8566 | Christensen Limited Liability<br>Limited Partnership<br>P.O. Box 4089<br>Ketchum, ID 83340-4089 |
| Christopher Ryan<br>46 Alpine Road<br>Greenwich, CT 06830-3435 | Chubb & Son<br>P.O. Box 382001<br>Pittsburgh, PA 15250-8001 | City of Austin Police Retirement System<br>c/o Walter H. Tarcza<br>228 St Charles Ave. #1<br>New Orleans LA 70130-2601 |
| City of Austin Police Retirement Systems<br>c/o Robert E. Tarcza<br>228 St Charles Ave #1310<br>New Orleans LA 70130-2644 | Clean the Uniform Company Joplin<br>P.O. Box 840140<br>Kansas City, MO 64184-0140 | Control Panels USA, Inc.<br>16310 Bratton Lane<br>Suite 100<br>Austin, TX 78728-2405 |

| | | |
|---|---|---|
| Delaware County Treasurer<br>PO Box 1080<br>Jay OK 74346-1080 | Dominion Energy Technologies II, Inc.<br>120 Tredegar Street<br>Richmond, VA 23219-4306 | Duke Energy Transmission Holding Company, LL<br>c/o VINSON & ELKINS L.L.P.<br>2001 Ross Avenue, Suite 3700<br>Dallas, Texas 75201-2975 |
| Dynapower Company, LLC<br>85 Meadowland Drive<br>South Burlington, VT 05403-4401 | Epicor Software Corporation<br>804 Las Cimas Hwy.<br>Austin, TX 78746-5150 | Exponent Technologies, Inc.<br>c/o Jason B. Binford<br>Kane Russell Coleman & Logan PC<br>1601 Elm St #3700<br>Dallas, TX 75201-7207 |
| First Insurance Funding Corp.<br>P.O. Box 66468<br>Chicago, IL 60666-0468 | First Wind Holdings, LLC<br>c/o Deborah D. Williamson<br>Cox Smith Matthews Inc.<br>112 E. Pecan St #1800<br>San Antonio, TX 78205-1521 | Fish & Richardson<br>111 Congress Ave., Suite 810<br>Austin, TX 78701-4057 |
| Forever 7 LLC<br>1725 S. Country Club Dr.<br>Meza AZ 85210-6003 | Gide Loyrette Nouel A.A.R.P.I.<br>22-26 cours Albert 1er<br>75008 Paris France | Gregory Martin Share<br>Moelis & Company<br>399 Park Avenue, 5th Floor<br>New York, NY 10022-4416 |
| Grove Municipal Services Authority<br>104 West 3rd<br>Grove, OK 74344-3201 | Hays CISD<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, Tx 78760-7428 | Hays Central Appraisal District<br>21001 North IH 35<br>Kyle, TX 78640-4745 |
| Hays County Tax Assessor<br>Luanne Caraway Tax Assessor/Collector<br>102 N LBJ Dr.<br>San Marcos, TX 78666-5698 | Horizon Batteries, LLC<br>500 Legacy Drive, Suite 470<br>Plano, TX 75023 | Horizon Batteries-Real Estate, LLC<br>401 West Evergreen St.<br>Durant, OK 74701-4743 |
| Horizon Technology Finance Corp.<br>Robert D. Pomeroy, Jr., CEO<br>312 Farmington Avenue<br>Farmington, CT 06032-1913 | Humanetics II LTD<br>1700 Columbian Club Drive<br>Carrollton, TX 75006-5534 | ISP Holdings Inc.<br>11 Lambs Lane<br>Cresskill, NJ 07626-2249 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James P. Farwell<br>6126 St. Charles Ave.<br>New Orleans LA 70118-6164 | Jared Joseph Dermont<br>Moelis & Company<br>399 Park Avenue, 5th Floor<br>New York, NY 10022-4416 |
| Joplin Trailer Sales Inc.<br>d/b/a Mobile Storage System<br>2430 Davis Blvd.<br>Joplin, MO 64804-3223 | KIUC Renewable Solutions Two LLC<br>c/o Mark D. Sherrill<br>Sutherland Asbill & Brennan LLP<br>700 Sixth St. NW, Ste. 700<br>Washington, DC 20001-3980 | Langara Capital Partners, Ltd.<br>c/o James V. Hoeffner<br>Graves Dougherty Hearon & Moody, PC<br>401 Congress Ave. #2200<br>Austin, TX 78701-3790 |
| Louisiana Stability Fund, LP<br>3161 Michelson Drive, Suite 750<br>Irvine, CA 92612-4432 | Mahmoodzadegan-Gappy Trust<br>1064 Amalfi Drive<br>Pacific Palisades, CA 90272-4028 | Michael Breen<br>1804 Nickerson Street<br>Austin, TX 78704-3547 |

```
Microvast Power Systems              National Instruments                    North Texas Rural Services
No. 2198 Hongfeng Rd.                c/o Mary Anderson                       d/b/a RECTEC Technology
Huzhou Zhejiang  313000              11500 N. Mopac Expressway               P.O. Box 399
China                                Austin, TX 78759-3563                   Vinita, OK 74301-0399


Notrees Windpower, LP                Office of the United States Trustee     Panagos, Steven and Joan (JTIC)
c/o VINSON & ELKINS L.L.P.           903 San Jacinto Blvd., Room 230         1129 Sasco Hill Road
2001 Ross Avenue, Suite 3700         Austin, TX 78701-2450                   Fairfield, CT 06824-6346
Dallas, Texas 75201-2975


Pendleton Capital Partners, LLC      Peter S. Kaufman                        Public Serv of Oklahoma
Attn: Chris Zaharis                  Gordian Group                           P.O. Box 24421
1725 S. County Club Drive            950 Third Avenue, 17th Floor            Canton, OH 44701-4421
Mesa, AZ 85210-6003                  New York, NY 10022-2767


Raich Trust dated September 17, 2001 Richard D. Harding                      SAIL 2010 Co-Investment Partners, LP
1058 Napoli Drie                     20 West 86th Street, Apt. 12A           3161 Michelson Drive, Suite 750
Pacific Palisades, CA 90272-4038     New York, NY 10024-3604                 Irvine, CA 92612-4432


SAIL Defense Fund, LLC               SAIL Sustainable Louisiana I, LP        SAIL Sustainable Louisiana II, LP
3161 Michelson Drive, Suite 750      3161 Michelson Drive, Suite 750         3161 Michelson Drive, Suite 750
Irvine, CA 92612-4432                Irvine, CA 92612-4432                   Irvine, CA 92612-4432


SAIL Venture Partners II, LP         SAIL Xtreme APRS Fund LP                SAIL Xtreme SB Co-Investment Partners LP
3161 Michelsen Drive, Suite 750      3161 Michelsen Drive, Suite 750         3161 Michelson Drive, Suite 750
Irvine, CA 92612-4432                Irvine, CA 92612-4432                   Irvine, CA 92612-4432


SKYLAKEUSA-THREE, LLC                SVP II Xtreme Power Joint               Securities & Exchange Commission
25 Nonhyeon-ro-gil, Gangnam-gu       Venture Fund, LP                        Central Region
Dogok-dong 517-10, 4th Fl)           3161 Michelsen Drive, Suite 750         Burnett Plaza, Suite 1900
Seoul, Rep. of Korea 135-854         Irvine, CA 92612-4432                   801 Cherry Street, Unit 18
                                                                             Fort Worth, TX 76102-6882


Silicon Valley Bank                  Silicon Valley Bank                     Silicon Valley Bank
3003 Tasman Drive, HF150             c/o Andrews Kurth LLP                   c/o Leo D. Plotkin
Santa Clara, CA 95054-1191           Michelle V. Larson                      LEVY, SMALL & LALLAS
                                     1717 Main St. #3700                     815 Moraga Drive
                                     Dallas TX 75201-7301                    Los Angeles, CA 90049-1633


Spring Ventures LLC                  State of TX, acting by & through the Office   Steve Tyndall
912 Cole St. #385                    of the Governor, TX Emerging Tech Fund        Baker Botts, LLP
San Francisco CA 94117-4316          TX Atty. General's Office                     98 San Jacinto Blvd., Suite 1500
                                     PO Box 12548                                  Austin, TX 78701-4078
                                     Austin TX 78711-2548


Stratus Energy Group, LLC            (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  Texas Workforce Commission
1206 San Antonio St.                 REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION   Bankruptcy Unit, Room 556
Austin, TX 78701-1834                PO BOX 13528                            101 E. 15th Street
                                     AUSTIN TX 78711-3528                    Austin, TX 78778-0001
```

| | | |
|---|---|---|
| The Dow Chemical Company<br>2020 Dow Center<br>Midland, MI 48674-2020 | The Moelis Family Trust<br>1112 Schuyler Road<br>Beverly Hills, CA 90210-2537 | Toshiba International Corporation<br>13131 West Little York Rd.<br>Houston, TX 77041-5807 |
| Travis County Tax Office<br>P.O. Box 149328<br>Austin, TX 78714-9328 | Trust of Sashi and Cindy Rentala<br>9 Harding Drive<br>Rye, NY 10580-1312 | U.S. Department of Energy<br>1000 Independence Ave.<br>Washington, DC 20585-0002 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Vincent S. Lima<br>46 Oxbow Lane<br>Summit, NJ 07901-2216 | Washington Media Group, Inc.<br>525 9th Street NW<br>Suite 800<br>Washington, DC 20004-2147 |
| Well Fargo Equipment Finance<br>300 Tri State International, Suite 400<br>Lincolnshire, IL 60069-4417 | Wells Fargo Equipment Finance<br>300 Tri-State International<br>Suite 400<br>Lincolnshire, IL 60069-4417 | Wild Rose Irrevocable Trust<br>est 12/18/08<br>1725 S. Country Club Drive<br>Mesa, AZ 85210-6003 |
| Xtreme Power Inc., et al<br>1120 Goforth Rd.<br>Kyle, TX 78640-4796 | Yadin Rozov<br>1 Anchor Drive<br>Rye, NY 10580-1001 | Zuniga Investment Partners, Ltd.<br>1460 E. Whitestone Blvd., Suite 101<br>Cedar Park, TX 78613-2275 |
| Nathaniel Peter Holzer<br>Jordan Hyden Womble Culbreth & Holzer PC<br>500 N. Shoreline Blvd. Ste. 900<br>Corpus Christi, TX 78401-0341 | Shelby A. Jordan<br>Jordan Hyden Womble Culbreth & Holze, PC<br>500 North Shoreline<br>Suite 900 N<br>Corpus Christi, TX 78401-0399 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Revenue Accounting/Bankruptcy Section
P.O. Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)James P. Farwell<br>6126 St. Charles Avenue<br>New Orleans, LA 70118-6164 | (u)Langara Capital Partners, Ltd.<br>c/o Apex Fund Svcs (Cayman)<br>Governor's Square  PO Box MP10085<br>West Bay, Grand Cayman, Cayman Is.<br>KY1-1001 | End of Label Matrix<br>Mailable recipients   106<br>Bypassed recipients     2<br>Total                  108 |